IN THE SUPREME COURT OF THE STATE OF DELAWARE

BENJAMIN WHITEMAN,           §
                             §
    Defendant Below,         § No. 448, 2022
    Appellant,               §
                             § Court Below—Superior Court
    v.                       § of the State of Delaware
                             §
STATE OF DELAWARE,           § Cr. ID No. 30604628DI (N)
                             §
    Appellee.                §
                             §

Submitted: January 20, 2023
Decided: February 7, 2023

## **ORDER**

On January 4, 2023, the Court denied the appellant's motion to proceed *in forma pauperis*. The appellant was instructed to pay the required filing fee by January 19, 2023 or else his appeal would be dismissed without further notice. The appellant has failed to pay the required filing fee. Dismissal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice